ACCEPTED
03-15-00357-CV
5924920
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/2/2015 3:26:08 PM
JEFFREY D. KYLE
CLERK

CAUSE NO. D-1-GN-13-001230

| | | |
|---|---|---|
| ALAN L. HAMILTON, INDIVIDUALLY | § | IN THE DISTRICT COURT |
| AND AS SUCCESSOR TRUSTEE OF THE | § | |
| HAMILTON FAMILY TRUST AND AS | § | |
| INDEPENDENT EXECUTOR OF THE | § | |
| ESTATE OF MAURINE P. HAMILTON, | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | 353RD JUDICIAL DISTRICT |
| | § | |
| DANIEL DAVILA III, | § | |
| DEFENDANT. | § | TRAVIS COUNTY, TEXAS |

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/2/2015 3:26:08 PM

JEFFREY D. KYLE
Clerk

## PLAINTIFF'S DESIGNATION OF ITEMS TO BE INCLUDED IN CLERK'S RECORD

TO: VELVA L. PRICE, District Clerk, Rm 302 Courthouse, 1000 Guadalupe Street, P.O. Box 1748, Austin, Texas 78767-1748 (Attn: Shaun Glasson)

Under Texas Rule of Appellate Procedure 34.5, Plaintiff Alan L. Hamilton (herein at times referred to as "Alan Hamilton" or "PLAINTIFF"), and files this designation of items to be included in the Clerk's Record in the appeal of the final judgment in the above case.

### REQUEST FOR MANDATORY ITEMS

Plaintiff designates the following mandatory items specified in Texas Rule of Appellate Procedure 34.5 for inclusion in the sworn record:

1) all pleadings on which the summary judgment proceedings were held;

2) the court's docket sheet;

3) the court's order that is being appealed namely, the Final Judgment dated March 9, 2015;

4) any post-order motions and the court's orders thereon;

5) all notices of appeal; and

Plaintiff's Designation of Items to be Included in Clerk's Record

6) all requests for preparation of the Clerk's Record.

## REQUEST FOR ADDITIONAL ITEMS

In addition, Plaintiff designates the items listed below, all of which are specifically described in the attached spreadsheet, to make them readily identifiable:

7) Judges Notes

8) EVERYTHING in court record, 45 documents including Judge's Notes and this document. See attached spreadsheet with complete clerk's court record listing with:

a) numbered documents,

b) dates filed,

c) filed by,

d) document titles,

e) number of pages and

f) estimated start page for each document in court record

Under Texas Rule of Appellate Procedure 37.3, Plaintiff will pay for the preparation of the Clerk's Record.

Respectfully submitted,

Alan L Hamilton, Plaintiff, Pro Se, Appellant
9902 Childress Dr
Austin, Texas 78753
512-832-6384
AlanHamilton@ProBaitCourt.com

---

# CERTIFICATE OF SERVICE

On **7/2/2015**, a copy of the foregoing instrument was served, in compliance with Texas Rules of Civil Procedure 21 and 21a, on the following in the manner listed below:

*Counsel for Appellee/Defendant:*

Attorney for:          Daniel Davila, III
Attorney's name:       Robert M Smith
Attorney's address     COKINOS, BOSIEN & YOUNG
                       10999 West IH-10, Suite 800
                       San Antonio, Texas
                       (210) 293-8700 office
                       (210) 293-8733 fax

Type of Service:

___U.S. Mail, Certified Return Receipt Request No._____.
___U.S. Mail, First Class.
___Hand delivery by [name of delivery service]:_____.
____Facsimile transmission to fax number 210-293-8733 before 5 p.m
__X__ via www.Greenfiling.com "file and serve" – www.eFileTexas.gov

Signature:

*Alan L. Hamilton*

Alan L Hamilton, Plaintiff, Pro Se, Appellant
9902 Childress Dr
Austin, Texas 78753
512-832-6384
AlanHamilton@ProBaitCourt.com

---

# D-1-GN-13-001230-Designation of Clerk's Record spreadsheet

| | Case:D-1-GN-13-001230 with (45) documents | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DOC # | FILED DATE | FILED BY: | CATEGORY | DESCRIPTION | ADDITIONAL INFO | start page # | # pgs total | notes | details |
| | | | | Appeals Cover page | Appeal Cover page | 1 | 1 | | Shaun estimate |
| | | | | Index | Index | 2 | 2 | | Shaun estimate |
| 1 | 4/12/2013 | PL1 | PET-PL | ORIGINAL PETITION/APPLICATION | PLAINTIFF'S ORIGINAL PETITION | 4 | 7 | | |
| 2 | 4/17/2013 | PL1 | SRVPROCESS | EXE SERVICE OF CITATION | DANIEL DAVILA III | 11 | 1 | | |
| 3 | 5/6/2013 | DF1 | ANS-RESP | ORIGINAL ANSWER | DEFENDANT'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION | 12 | 2 | | |
| 4 | 5/22/2013 | DF1 | ANS-RESP | AMENDED/SUPPLEMENTED ANSWER | DEFENDANT'S FIRST AMENDED ANSWER TO PLAINTIFF'S ORIGINAL ANSWER | 14 | 4 | | |
| 5 | 8/9/2013 | PL1 | MOTION | MTN:SUB & OR WITHDRAW COUNSEL | MOTION TO WITHDRAW AS ATTORNEY OF RECORD | 18 | 2 | | |
| 6 | 8/9/2013 | PL1 | ORD | ORD:SUB & OR WITHDRAW COUNSEL | ORDER IN MOTION TO WITHDRAW AS ATTORNEY OF RECORD | 20 | 3 | | |
| 7 | 9/24/2013 | DF1 | SRVPROCESS | EXE SERVICE OF SUBPOENA | SYLVIA LYNN HAMILTON | 23 | 11 | | #9 in AMP |
| 8 | 9/25/2013 | DF1 | MOTION | MTN:OTHER MOTION | DEFENDANT DANIEL DAVILA III'S FIRST MOTION TO STRIKE OBJECTIONS AND COMPEL COMPLETE DISCOVERY RESPONSES FROM PLAINTIFF ALAN L HAMILTON INDIVIDUALLY AND AS SUCCESSOR | 34 | 10 | | #7 in AMP |
| 9 | 9/25/2013 | DF1 | NOTICE | NTC:HEARING/SETTING | NOTICE OF HEARING | 44 | 2 | | #8 in AMP |
| 10 | 9/26/2013 | DF1 | NOTICE | NTC:HEARING/SETTING | AMENDED NOTICE OF HEARING | 46 | 2 | | #10 in AMP |
| 11 | 9/30/2013 | DF1 | SRVPROCESS | EXE SERVICE OF SUBPOENA | SYLVIA LYNN HAMILTON | 48 | 11 | | #11 in AMP |
| 12 | 10/30/2013 | | ORD | ORD:OTHER ORDER | ORDER REGARDING DEFENDNAT DANIEL DAVILA, III'S FIRST MOTION TO STRIKE OBJECTIONS AND COMPEL COMPLETE DISCOVERY REPSONSES FROM PLAINTIFF, ALAN L. HAMILTON, INDIVIDUALLY AND SUCCESSOR | 59 | 2 | | #12 in AMP |

| | Case:D-1-GN-13-001230 with (45) documents | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DOC # | FILED DATE | FILED BY: | CATEGORY | DESCRIPTION | ADDITIONAL INFO | start page # | # pgs total | notes | details |
| 13 | 11/25/2013 | DF1 | MOTION | MTN:COMPEL/SANCTIONS | DEFENDANT DANIEL DAVILA, III'S MOTION FOR RULE 215 SANCTIONS REGARDING PLAINTIFF, ALAN L. HAMILTON, INDIVIDUALLY AND AS SUCCESSOR TRUSTEE OF THE HAMILTON FAMILY TRUST AND AS | 61 | 10 | | #14 in AMP |
| 14 | 11/25/2013 | DF1 | NOTICE | NTC:HEARING/SETTING | NOTICE OF HEARING | 71 | 2 | | #13 in AMP |
| 15 | 11/26/2013 | DF1 | MOTION | MTN:OTHER MOTION | DEFENDANT DANIEL DAVILA, III'S MOTION FOR TRIAL SETTING AND ENTRY OF DOCKET CONTROL ORDER | 73 | 8 | | #15 in AMP |
| 16 | 1/29/2014 | | OTHER | RULE 203.2 CERTIFICATE | SYLVIA LYNN HAMILTON | 81 | 3 | | 3pgs in AMP, 4 pgs downloaded. #16 in AMP |
| 17 | 1/29/2015 | DF1 | MOTION | !MTN:OTHER MOTION | DEFENDANT DANIEL DAVILA, III'S TRADITIONAL AND NO-EVIDENCE MOTIONS FOR SUMMARY JUDGMENT AS TO PLAINTIFF, ALAN L. HAMILTON, INDIVIDUALLY, AS SUCCESSOR TRUSTEE OF THE HAMILTON FAMILY TRUST | 84 | 459 | original Motion to #29 MemOpp | 459 pgs in AMP, 11 blank pgs not scanned due to no Bates#s, 468 pgs in served copy. #17 in AMP. |
| 18 | 1/29/2015 | DF1 | NOTICE | NTC:OTHER NOTICE | NOTICE OF HEARING | 543 | 2 | | #18 in AMP |
| 19 | 3/3/2015 | PL1 | MOTION | MTN:OTHER MOTION | MOTION FOR CONTINUANCE | 545 | 48 | BEFORE www.greenfiling.com scanned in on 3/6/2015-day AFTER Continuance hearing | #21 in AMP |
| 20 | 3/4/2015 | DF1 | ANS-RESP | OTHER ANSWER/RESPONSE | DEFENDANT DANIEL DAVILA III'S RESPONSE TO PLAINTIFF'S MOTION FOR CONTINUANCE | 593 | 35 | | #19 in AMP |
| 21 | 3/5/2015 | DF1 | OTHER | OTHER FILING | LETTER WITH PROPOSED ORDER | 628 | 2 | | #20 in AMP |
| 22 | 3/9/2015 | | OTHER | EXHIBITS RECEIPT | EXHIBITS RECEIPT | 630 | 1 | | #32 in AMP |
| 23 | 3/9/2015 | PL1 | OTHER | OTHER FILING | LETTER FROM: ALAN L. HAMILTON W/ CD ATTACHED ***********SENT TO FILE ROOM********* RT | 631 | 1 | | #34 in AMP |
| 24 | 3/9/2015 | | ORD | ORD:OTHER ORDER | ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE | 632 | 1 | | #22 in AMP |

| DOC # | FILED DATE | FILED BY: | CATEGORY | DESCRIPTION | ADDITIONAL INFO | start page # | # pgs total | notes | details |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Case:D-1-GN-13-001230 with (45) documents | | | | | |
| 25 | 3/9/2015 | | ORD | ORD:JUDGMENT | ORDER GRANTING DEFENDANT DANIEL DAVILA, III'S TRADITIONAL AN D NO-EVIDENCE MOTIONS FOR SUMMARY JUDGMENT AS TO PLAINTIFF, ALAN L. HAMILTON, INDIVIDUALLY, AS SUCCESSOR TRUSTEE OF THE | 633 | 2 | | #26 in AMP |
| 26 | 3/16/2015 | PL1 | ANS-RESP | OBJECTIONS/SPECIAL EXCEPTIONS | PLAINTIFFS MEMORANDUM OF OPPOSITION TO DEFENDANT DANIEL DAVILA IIIS FIRST MOTION TO STRIKE OBJECTIONS AND COMPEL COMPLETE DISCOVERY RESPONSES FROM PLAINTIFF ALAN L HAMILTON | 635 | 56 | | #23 in AMP |
| 27 | 3/17/2015 | | NOTICE | JUDGMENT NOTICE MAILED | Form Number L60-46417 Issued by BARI HENSON (5601) JUDGMENT NOTICE MAILED | 691 | 1 | | #24 in AMP |
| 28 | 3/17/2015 | | NOTICE | JUDGMENT NOTICE MAILED | Form Number L60-46418 Issued by BARI HENSON (5601) JUDGMENT NOTICE MAILED | 692 | 1 | | #25 in AMP |
| **start MemOpp to MSJ - note: filed in 5 parts due to www.greenfiling.com envelope size limits = 30MB** | | | | | | | | | |
| 29 | 3/25/2015 | PL1 | ANS-RESP | OBJECTIONS/SPECIAL EXCEPTIONS | PLAINTIFFS MEMORANDUM OF OPPOSITION TO: DEFENDANT DANIEL DAVILA IIIS MOTION FOR TRADITIONAL AND NO EVIDENCE SUMMARY JUDGMENT AS TO PLAINTIFF ALAN L HAMILTON INDIVIDUALLY AND AS SUCCESSOR TRUSTEE OF THE HAMILTON FAMILY TRUST | 693 | 17 | 3/25/2015 - Answer/Response - Part1 | #27 in AMP |
| 30 | 3/25/2015 | PL1 | OTHER | !OTH:OTHER FILING | GREEN FILING ERROR NOTE TO TRAVIS COUNTY DISTRICT COURT CLERK | 710 | 56 | 3/25/2015 - Answer/Response - Part2 | #28 in AMP |
| 31 | 3/25/2015 | PL1 | OTHER | !OTH:OTHER FILING | OPPOSITION TO SUMMARY JUDGMENT FOR DEFENDANT CONTRADICTING EVIDENCE EXHIBITS - TABLE OF CONTENTS | 766 | 20 | 3/25/2015 - Answer/Response - Part3 - contains Exhibit AA | #29 in AMP |
| 32 | 3/25/2015 | PL1 | OTHER | !OTH:OTHER FILING | EXHIBIT BB | 786 | 39 | 3/25/2015 - Answer/Response - Part4 | #30 in AMP |
| 33 | 3/25/2015 | PL1 | OTHER | !OTH:OTHER FILING | EXHIBIT CC | 825 | 141 | 3/25/2015 - Answer/Response - Part5 | #31 in AMP |
| **end MemOpp to MSJ** | | | | | | | | | |

| | Case:D-1-GN-13-001230 with (45) documents | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DOC # | FILED DATE | FILED BY: | CATEGORY | DESCRIPTION | ADDITIONAL INFO | start page # | # pgs total | notes | details |
| 34 | 4/7/2015 | PL1 | MOTION | MTN:OTHER MOTION | PLAINTIFFS MOTION TO VACATE DEFENDANTS SUMMARY JUDGMENT ORDER OBTAINED WITH A FRAUDULENT AND PREJURING MOTION | 966 | 21 | | #33 in AMP |
| 35 | 5/8/2015 | PL1 | NOTICE | NTC:OTHER NOTICE | NOTICE OF HEARING | 987 | 3 | | #35 in AMP |
| 36 | 5/22/2015 | DF1 | ANS-RESP | OTHER ANSWER/RESPONSE | DEFENDANT DANIEL DAVILA, III'S RESPONSE AND OBJECTIONS TO "PLAINTIFF'S MOTION TO VACATE DEFENDANT'S SUMMARY JUDGMENT ORDER OBTAINED WITH A FRAUDULENT AND PERJURING MOTION" | 990 | 108 | | #36 in AMP |
| 37 | 5/28/2015 | PL1 | OTHER | OTHER FILING | LETTER-ALAN L HAMILTON (WITH ORDER FORWARDED TO CLERK OF THE 353RD COURT) | 1098 | 5 | | #37 in AMP |
| 38 | 5/29/2015 | PL1 | OTHER | OTHER FILING | DVD EVIDENCE SUBMISSION SUPPORTING PLAINTIFF'S MEMORANDUM OF OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY (DVD 2) | 1103 | 4 | | #38 in AMP |
| 39 | 5/29/2015 | PL1 | OTHER | OTHER FILING | DVD EVIDENCE SUBMISSION SUPPORTING PLAINTIFF'S MEMORANDUM OF OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY (DVD 3) | 1107 | 6 | | #39 in AMP |
| 40 | 6/3/2015 | | ORD | !ORD:OTHER ORDER | ORDER ON PLAINTIFF'S MOTION TO VACATE SUMMARY JUDGMENT ORDER | 1113 | 4 | | 4 pgs in AMP, 5 pgs downloaded. #40 in AMP |
| 41 | 6/5/2015 | PL1 | NOTICE | NTC:NOTICE OF APPEAL | NOTICE OF APPEAL | 1117 | 2 | | |
| 42 | 6/5/2015 | PL1 | OTHER | OTHER FILING | REQUEST FOR PREPARATION OF THE RECORD FOR AN APPEAL | 1119 | 2 | | |
| 43 | 6/9/2015 | | OTHER | OTHER FILING | LETTER FROM COURTLAND CROCKER | 1121 | 1 | | |
| 44 | 6/30/2015 | | | Judges Notes/Comments | | 1122 | 1 | | Shaun estimate |
| 45 | 7/2/2015 | PL1 | | Plaintiff's Designation of Items to be Included in Clerk's Record | | 1123 | 8 | | |

| | | | | **Case:D-1-GN-13-001230 with (45) documents** | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **DOC #** | **FILED DATE** | **FILED BY:** | **CATEGORY** | **DESCRIPTION** | **ADDITIONAL INFO** | **start page #** | **# pgs total** | **notes** | **details** |
| | | | | | | | | | |
| | | | | Court Docket Record | Docket Record | 1131 | 4 | | Shaun estimate |
| | | | | Court Cost Record | Bill of Cost | 1135 | 1 | | Shaun estimate |
| | | | | Clerks Record Page | Clerks Record | 1136 | 1 | | Shaun estimate |
| | | | | | | | 1136 | total | |
| | | | | | Cost estimate at $1/pg | | $1136 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | **Notation note: AMP refers to the AARO (Attorneys Access to Records Online) Pro Se portal substitute** | | | | | |
| | | | | Finally implemented in Apr/May 2015, 17 months after first request for Pro Se "Equal Access" to online court records (still no document names, only dates and num pgs scanned) | | | | | |
| | | | | Got a call in April 2015, that newly District Clerk Velva L Price was passionate about public access and had ordered that Pro Se parties be given equal access to online court records | | | | | |
| | | | | Worked with Victor and Rick Booth at Travis County Clerk's Office on implementation and testing of new Pro Se portal | | | | | |
| | | | | | | | | | |